UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS RICHARDSON,<br><br>      Plaintiff,<br><br>    v.<br><br>ROGER WALKER, LEE RYKER,<br>ASSISTANT WARDEN BOYD, MAGGIE<br>BRIAN, MCFARLAND, DR. LOFTIN,<br>NURSE HARDY and C/O BROOKS,<br><br>      Defendants. | Case No. 09-cv-888-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 50) of Magistrate Judge Philip M. Frazier recommending that the Court grant in part and deny in part plaintiff Curtis Richardson's motion for appointment of counsel or, in the alternative, for voluntary dismissal (Doc. 46).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby

- **ADOPTS** the Report in its entirety (Doc. 50);
- **GRANTS in part** and **DENIES in part** Richardson's motion for appointment of counsel

or, in the alternative, for voluntary dismissal (Doc. 46).  The motion is **DENIED** to the extent it seeks appointment of counsel; the motion is **GRANTED** to the extent it requests voluntary dismissal of Count 3 without prejudice;

- **DISMISSES** Count 3 without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

- **DENIES as moot** the pending motion to deem facts admitted (Doc. 45); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  February 7, 2011**

> s/ J. Phil Gilbert
> **J. PHIL GILBERT**
> **DISTRICT JUDGE**