UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS RICHARDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER WALKER, LEE RYKER, ASSISTANT WARDEN BOYD, MAGGIE BRIAN, MCFARLAND, DR. LOFTIN, NURSE HARDY and C/O BROOKS,<br><br>    Defendants. | Case No. 09-cv-888-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 1, plaintiff Curtis Richardson's claims against all defendants for subjecting him to two tuberculosis tests in violation of his Eighth Amendment rights to adequate medical care; and

- Count 2, plaintiff Curtis Richardson's claims against all defendants for negligence (i.e., medical malpractice) in subjecting him to two tuberculosis tests; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claim is dismissed without prejudice:

- Count 3, plaintiff Curtis Richardson's claims against all defendants for subjecting him to tuberculosis tests in violation of his religious beliefs in violation of his First Amendment rights.

**DATED: February 7, 2011**    **NANCY J. ROSENSTENGEL, Clerk of Court**

    **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**